```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 16087
   NATALIE P MOORE
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7722


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/04/2007 and was not confirmed.

     The case was dismissed without confirmation 01/09/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING CO      CURRENT MORTG         .00              .00            .00
AMERICAS SERVICING CO      MORTGAGE ARRE     3049.00              .00            .00
AMERICAN GENERAL FINANCE   SECURED           2528.00              .00         212.00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED             .00            .00
US BANK NATIONAL ASSOCIA   CURRENT MORTG         .00              .00            .00
US BANK NATIONAL ASSOCIA   MORTGAGE ARRE         .00              .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY      NOT FILED             .00            .00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED             .00            .00
ARONSON FURNITURE          UNSECURED        NOT FILED             .00            .00
CAPITAL ONE                UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED          231.16              .00            .00
IL SCHOOL OF HEALTH CARE   UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP      UNSECURED           85.04              .00            .00
LOU HARRIS & CO            UNSECURED        NOT FILED             .00            .00
NATIONWIDE CREDIT CO       UNSECURED        NOT FILED             .00            .00
NICOR GAS                  UNSECURED        NOT FILED             .00            .00
SALLIE MAE EDUCATION CRE   UNSECURED         7967.46              .00            .00
STUDENT LOAN SERVICING C   UNSECURED        NOT FILED             .00            .00
DANIEL TIMOTHY MOORE       NOTICE ONLY      NOT FILED             .00            .00
DANIEL TIMOTHY MOORE       NOTICE ONLY      NOT FILED             .00            .00
US BANK NATIONAL           NOTICE ONLY      NOT FILED             .00            .00
JENNIFER A BLANC DOUGE     ATTORNEY          2525.00              .00         476.90
PRO SE DEBTOR              DEBTOR ATTY           .00                             .00
TOM VAUGHN                 TRUSTEE                                             47.10
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                    736.00

PRIORITY                                          .00
SECURED                                        212.00
UNSECURED                                         .00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 16087 NATALIE P MOORE
```

```
ADMINISTRATIVE                                                  476.90
TRUSTEE COMPENSATION                                             47.10
DEBTOR REFUND                                                      .00
                                    ---------------    ---------------
TOTALS                                       736.00             736.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 08/21/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```